ORDERED.

Dated: August 10, 2021

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11

R.A. BORRUSO, INC.,                                 Case No. 8:20-bk-6495-CED

    Debtor.
_____/

**ORDER ON DEBTOR'S APPLICATION TO EMPLOY
MARLOWE LAW AS SPECIAL LITIATION COUNSEL**

THIS CASE came on for consideration upon the *Debtor's Application to Employ Marlowe Law as Special Litigation Counsel and to Make Monthly Payments* (Doc. No. 37) (the "**Application**") and the Affidavit of Ronald J. Marlowe in support of the Application. The Court, having considered the Motion and the record, finds that the Motion is well taken and should be granted. Accordingly, it is

    **ORDERED**:

    1.    The Application is approved.

    2.    The Debtor is authorized to retain Marlowe Law.

3. Marlowe Law shall file a notice with the Court attaching its monthly invoices of fees and costs for professional services rendered to the Debtor and provide parties in interest with fourteen (14) days to object to said fees and costs.

4. Marlowe Law shall be entitled to redact the entries to protect privilege information, but may be required to provide unredacted time entries to the United States Trustee.

5. Absent timely filed objections, the Debtor is authorized to pay Special Counsel's invoice, subject to the filing of interim applications for compensation to be filed with the Court every 120 days or prior to the confirmation hearing and be subject to ultimate disgorgement in the event that an objection to an application for compensation is filed and sustained by the Court after notice and hearing.

6. This Order shall not infringe upon any rights of creditors and parties in interest to object to the final approval of any fees paid to Special Counsel.

*Attorney Scott A. Stichter is directed to serve a copy of this Order on interested parties who do not receive ECF service and file a proof of service within 3 days of entry of the Order.*